**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER J. ALONZO,<br><br>  Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>  Respondent. | Case No. CV 11-509-JAK (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: March 24, 2014                  _____
                                        HONORABLE JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE